# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2119.  MELTON POLLOCK v. AKOSHUA WILLIAMS-WADE.**

This case began as an action for damages in magistrate court.  Following an adverse ruling, defendant Melton Pollock appealed to the state court, which entered a judgment awarding $2,969.00 to plaintiff Akoshua Williams-Wade.  Pollock then appealed directly to this Court.  We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less."  *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).  Second, because the order at issue disposes of a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (11) also required Pollock to follow the discretionary appeal procedures.  See *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).

Pollock's failure to comply with the discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/03/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.